ROBERT N. TAUB, Appellant, v COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents.

Submitted April 17, 2017; decided May 4, 2017

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.

MICHAEL C. WEIDNER, Respondent, v LISA FIX WEIDNER, Appellant.

Submitted January 30, 2017; decided May 4, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1101 (2016)]. Motion, insofar as it seeks leave to appeal from the February 2016 Appellate Division order, dismissed upon the ground that it does not lie, appellant having previously moved for leave to appeal to this Court (28 NY3d 1101 [2016]) from the same Appellate Division order from which leave to appeal is currently sought (*see Selinger v Selinger*, 90 NY2d 842 [1997]); motion, insofar as it seeks leave to appeal from the November 2016 Supreme Court order, dismissed for failure to demonstrate timeliness as required by Rules of the Court of Appeals (*see* 22 NYCRR 500.22 [b] [2]).

In the Matter of FOSTER WILLIAMS, Appellant, v DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent.

Submitted March 20, 2017; decided May 4, 2017

Motion by appellant to dismiss appeal etc. granted to the extent that the appeal is dismissed, without costs, upon the ground that the issues presented have become moot; motion otherwise denied.